# Jackson County *v.* McCord *et al.*

APPEAL from the Chancery Court of Jackson.
Heard before the Hon. WILLIAM H. SIMPSON.

R. W. CLOPTON and SHELBY & PLEASANTS, for appellant.

J. E. Brown and W. H. Norwood, *contra*.

This case is in all respects similar to the case of *Jackson County v. Derrick, et al., ante. p.* 348. From a decree sustaining the motion to dismiss the bill for want of equity the present appeal is prosecuted, and said decree is here assigned as error.

Upon the authority of *Jackson County v. Derrick, et al. ante p.* 348, the decree of the chancellor is reversed, and a decree is rendered, overruling the demurrers and the motion to dismiss the bill for want of equity. The cause is remanded.

Opinion by Brickell, C. J.